THE FIRST NATIONAL BANK OF NEW YORK, Respondent, *v.* THE CONTINENTAL NATIONAL BANK OF NEW YORK, Appellant.

(Argued May 5, 1885 ; decided June 2, 1885.)

*John S. Cadwalader* for appellant.

*Fisher A. Baker* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

———————

JOHN W. SANDERSON, Appellant, *v.* THE COUNTY OF KINGS, Respondent.

(Argued May 5, 1885 ; decided June 2, 1885.)

*E. B. Barnum* for appellant.

*William G. Cooke* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

LEWIS N. PUTNAM, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued May 7, 1885 ; decided June 2, 1885.)

*H. B. Cone* for appellant.

*James F. Gluck* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.